ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 2 2020

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| BRANDON LEON KIMBERLING | 3-20CR0256-B |

# INDICTMENT

The Grand Jury charges:

### Count One
### Possession of a Firearm by a Convicted Felon
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about April 12, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Brandon Leon Kimberling**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: (1) a R.G. Industries, Model RG31, .38 caliber revolver, bearing serial number Q107870; (2) a CFT, Model M-11, 9 millimeter pistol, bearing serial number 94-0022613; and (3) a Springfield Armory, Model XD-40, .40 caliber pistol, bearing serial number XD510505.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count Two
### Possession with Intent to Distribute a Controlled Substance
### (Violation of 21 U.S.C. § 841(a)(1))

On or about April 12, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Brandon Leon Kimberling**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Brandon Leon Kimberling**, shall forfeit to the United States of America any firearm and ammunition involved or used in the offense.

Upon conviction for the offense alleged in Count Two of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Brandon Leon Kimberling**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of the offense and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

This property includes, but is not limited to, the following:

(1) a R.G. Industries, Model RG31, .38 caliber revolver, bearing serial number Q107870;

(2) a CFT, Model M-11, 9 millimeter pistol, bearing serial number 94-0022613;

(3) a Springfield Armory, Model XD-40, .40 caliber pistol, bearing serial number XD510505[**stolen**];

(4) any ammunition recovered with the firearms; and

(5) any United States currency recovered.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ John Boyle*
JOHN J. BOYLE          by WMJ
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel:   214-659-8617
Fax: 214-659-8805
Email: John.Boyle2@usdoj.gov

Indictment—Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BRANDON LEON KIMBERLING

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
(Count 1)

21 U.S.C. § 841(a)(1)
Possession with Intent to Distribute a Controlled Substance
(Count 2)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                                                                   FOREPERSON

Filed in open court this 2nd day of June, 2020.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending